**Order entered October 9, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00857-CV

### KENNETH BUHOLTZ, Appellant

### V.

### LEAP PROPERTY MANAGEMENT, ET AL., Appellees

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-18-05525-B**

## ORDER

Before the Court is appellant's October 2, 2019 motion for a sixty-day extension of time to file his brief, which is currently due October 28. We **GRANT** the motion to the extent we **ORDER** the brief be filed no later than December 2, 2019.

/s/  ROBERT D. BURNS, III
   CHIEF JUSTICE